1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKDEV SINGH BRAR, ) | 1:06-cv-01722-OWW SMS |
| ) | |
|     Plaintiff, ) | |
| ) | |
|  v. ) | |
| ) | DEFENDANTS' REQUEST FOR AN |
| MICHAEL CHERTOFF, et. al., ) | EXTENSION OF TIME AND |
| ) | **ORDER** |
|     Defendants. ) | |

The United States hereby requests a 60-day extension of time until March 29, 2007, to file its answer.  This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: January 11, 2007          Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Carolyn K. Delaney

                                                By
                                                CAROLYN K. DELANEY
                                                Assistant U.S. Attorney

///
///
///
///
///
///

1

Pursuant to the defendants' request for an extension of time, it is hereby **ordered** that the defendants be granted an extension of time until March 29, 2007.

IT IS SO ORDERED.

**Dated:     January 16, 2007**                            /s/ Sandra M. Snyder
icido3                                                                  UNITED STATES MAGISTRATE JUDGE