McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUKDEV SINGH BRAR, | ) | CV 06-cv-F-1722 OWW SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' SECOND MOTION FOR** |
| Michael Chertoff, et al. | ) | **AN EXTENSION OF TIME IN** |
| | ) | **WHICH TO FILE AN ANSWER** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| _____ | ) | |

  Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization. Defendants have previously requested one previous extension of time based on the medical leave of counsel. Defendants respectfully inform the Court that plaintiff Brar's application is currently pending clearance by the Federal Bureau of Investigation. Since the time of defendant's first request for an extension, an expedite request on the security check has been placed with the FBI. Once the FBI has cleared the application, CIS will resume the processing of the application in the most expedited manner possible.

  Because plaintiff's application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until May 29, 2007.

Dated: March 29, 2007                                                Respectfully Submitted,

                                                                                          McGREGOR W. SCOTT
                                                                                          United States Attorney


                                                                   By:     /s/Audrey Hemesath
                                                                                          Audrey B. Hemesath
                                                                                          Assistant U.S. Attorney
                                                                                          Attorneys for the Defendants


ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on May 29, 2007, and the Scheduling Conference, currently set for April 20, 2007 is reset to June 29, 2007 at 8:45 a.m.

IT IS SO ORDERED.

**Dated:   March 29, 2007**                                    **/s/ Oliver W. Wanger**
emm0d6                                                                       UNITED STATES DISTRICT JUDGE