McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKDEV SINGH BRAR,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV-F-06-1722 OWW SMS<br><br>JOINT STIPULATION AND ORDER. |

    This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a de novo determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, the parties stipulate that the case be remanded with instructions to United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

                                                                          Respectfully submitted,

Dated: May 22, 2007                         /s/ Audrey B. Hemesath
                                                                          Audrey Hemesath
                                                                          Assistant United States Attorney

                                                                          /s/ James M. Makasian
                                                                          Counsel for Plaintiff

-1-

**ORDER**

For the reasons set forth in the Joint Stipulation, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.

IT IS SO ORDERED.

**Dated:   May 26, 2007**              /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE